

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00410-CV

Julian Javier **CARDOZA**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35159-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's brief was due on July 16, 2018. *See* TEX. R. APP. P. 38.6(a). After no brief or motion for extension of time to file the brief was timely filed, on July 24, 2018, we ordered Appellant to show cause in writing by August 3, 2018, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

On July 26, 2018, Appellant filed an unopposed motion for extension of time to file the brief until August 15, 2018. Our July 24, 2018 show cause order is satisfied. Appellant's motion is GRANTED. Appellant's brief is due on August 15, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court